NW v. Yellow Dot Index

1. Civil Summons to Yellow Dot, Inc.
2. Civil Summons to Deborah Halas
3. Civil Summons to Brett Halas
4. Civil Summons to Margueritte Halas
5. Exhibit 1: Complaint in Underlying Action
6. Exhibit 2: CGL Policy ACP GLKO 3027098265 for period 2015-2016
7. Exhibit 3: CGL Policy ACP GLKO 3027098265 for period 2016-2017
8. Exhibit 4: Umbrella Policy No. ACP CAF 3027098265 for period 2015-2016
9. Exhibit 5: Umbrella ACP CAF 3037098265 for period 2016-2017
10. Civil Action Cover Sheet